UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard R. Wescott

            v.                        Civil No. 09-cv-334-JD

NH State Prison, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 4, 2009. Plaintiff's Motion for Rule 56 Summary Judgment, Document #3, is herewith denied as moot.

      SO ORDERED.

November  23, 2009               ***/s/ Joseph A. DiClerico, Jr.***
                                Joseph A. DiClerico, Jr.
                                United States District Judge

cc:   Richard R. Wescott, pro se